No. 13-414

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

EQT PRODUCTION COMPANY,

*Petitioner-Defendant,*

v.

ROBERT ADAIR, on behalf of himself and
all others similarly situated,

*Respondent-Plaintiff.*

On Appeal from the United States District Court for the
Western District of Virginia, Case No. 1:10-cv-00037
_____

**MOTION OF EQT PRODUCTION COMPANY FOR LEAVE TO FILE
REPLY IN SUPPORT OF RULE 23(f) PETITION**

_____

| | |
|---|---|
| Stephen M. Hodges | Michael W. Smith |
| Wade W. Massie | R. Braxton Hill, IV |
| Mark E. Frye | Christian & Barton |
| Penn, Stuart & Eskridge | 909 East Main Street, Suite 1200 |
| 208 East Main Street | Richmond, Virginia 23219-3095 |
| Abingdon, Virginia 24210 | Telephone: 804/697-4100 |
| Telephone: 276/628-5151 | |

Attorneys for Defendant-Petitioner EQT Production Company

EQT Production Company ("EQT" or "Petitioner") hereby moves for leave to file a Reply in support of its Petition pursuant to Rule 23(f) of the Federal Rules of Civil Procedure, for permission to appeal the Order of the United States District Court for the Western District of Virginia entered September 30, 2013, granting class certification to persons claiming to be owners of coalbed methane gas.

Neither the Federal Rules of Appellate Procedure nor this Court's Rules permit or prohibit a reply to answers to a petition for leave to appeal. However, under the Federal Rules, the party seeking relief typically has an opportunity to reply to any opposition to the relief being sought. *See, e.g.,* Fed. R. App. P. 28(c) (permitting reply brief). Indeed, Fed. R. App. P. 27 was amended in 1998 to add Section 27(a)(4), which allows a party who submits a motion to file a reply to any response. *See* Fed. R. App. P. 27 Advisory Committee Notes, 1998 Amendments.

Accordingly, EQT respectfully requests that the Court grant leave and allow it to file the accompanying Reply to answer the arguments made by Plaintiff in the Response.

                                                       Respectfully submitted,

                                                       EQT PRODUCTION COMPANY

                                                       By Counsel

Michael W. Smith
R. Braxton Hill, IV
Christian & Barton
909 East Main Street, Suite 1200
Richmond, Virginia  23219-3095
Telephone:  804/697-4100
msmith@cblaw.com
bhill@cblaw.com

By  */s/ Michael W. Smith*
     Michael W. Smith


Stephen M. Hodges
Wade W. Massie
Mark E. Frye
Penn, Stuart & Eskridge
P. O. Box 2288
Abingdon, VA  24212
Telephone:  276-628-5151
Facsimile:  276-628-5621
shodges@pennstuart.com
wmassie@pennstuart.com
mfrye@pennstuart.com

By  */s/ Wade W. Massie*
     Wade W. Massie

## STATEMENT OF NOTIFICATION

Pursuant to Local Rule 27(a), counsel for plaintiffs have been notified of EQT's intended filing of this motion. Plaintiffs do not consent to the relief requested herein and may file a response in opposition.

/s/ Michael W. Smith
Michael W. Smith

CERTIFICATE OF SERVICE

      I certify that on October 29, 2013, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

David S. Stellings, Esq.
Daniel E. Seltz, Esq.
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY  10013
Tel: (212) 355-9500
Fax: (212) 355-9592
dstellings@lchb.com
dseltz@lchb.com

Elizabeth J. Cabraser, Esq.
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000
Fax: (414) 956-1008
ecabraser@lchb.com

      Copies were served via email and first class mail on the following counsel of record for plaintiff:

Charles Barrett, Esq.
Charles Barrett, P.C.
6518 Highway 100, Suite 210
Nashville, TN  37205
Tel: (615) 515-3393
Fax: (615) 515-3395
charles@cfbfirm.com

Elizabeth A. Alexander, Esq.
Lieff Cabraser Heimann & Bernstein, LLP
One Nashville Place
150 Fourth Avenue, North, Suite 1650
Nashville, TN  37219
Tel: (615) 313-9000
Fax: (615) 313-9965
ealexander@lchb.com

2

Don W. Barrett, Esq.
David M. McMullan, Jr., Esq.
Brian Herrington, Esq.
Katherine B. Riley, Esq.
Barrett Law Group, P.A.
P.O. Box 927
Lexington, MS  39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
bherrington@barrettlawgroup.com
kbriley@barrettlawgroup.com

Larry D. Moffett, Esq.
Daniel Coker Horton & Bell PA
265 North Lamar Boulevard, Suite R
P.O. Box 1396
Oxford, MS  38655
Tel: (662) 232-8979
Fax: (662) 232-8940
lmoffett@danielcoker.com

Jackson S. White, Jr., Esq.
The White Law Office
P.O. Box 286
Abingdon, VA 24212
Tel: (276) 619-3831
Fax: (815) 550-2930
Jackwhitelawoffice.com

Peter G. Glubiak, Esq.
Glubiak Law Office
P.O. Box 144
Aylett, VA  23009
Tel: (804) 769-1616
Fax: (804) 769-1897
glubiaklaw@aol.com

Richard R. Barrett, Esq.
Law Offices of Richard R. Barrett, PLLC
2086 Old Taylor Road, Suite 101
Oxford, MS  38655
Tel: (662) 380-5018
Fax: (866) 430-5459
rrb@rrblawfirm.net

     */s/ Michael W. Smith*
       Michael W. Smith

1499380