FILED: November 13, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-414
(1:10-cv-00037-JPJ-PMS)
_____

EQT PRODUCTION COMPANY

      Petitioner

v.

ROBERT ADAIR, and on behalf of himself and all other similarly situated

      Respondent

_____

O R D E R
_____

Upon consideration of submissions relative to the petition for permission to appeal, the clerk shall open a new civil appeal and establish a formal briefing schedule on the merits of the appeal.

The court defers ruling on the petition pending formal briefing of the appeal and assignment of the petition and appeal to a merits panel. No filing fee is due for civil appeal no. 13-2376 unless the court thereafter grants the petition for

permission to appeal.

          For the Court

          <u>/s/ Patricia S. Connor, Clerk</u>